IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

JUSTIN HALL,

              Defendant.

22-CR-86-V
24-CR-31-V

## FINAL ORDER OF FORFEITURE

**WHEREAS,** on May 29, 2024, the Court entered a Preliminary Order of Forfeiture ("Preliminary Order") (ECF No. 132), condemning and forfeiting the defendant's right, title and interest in the following assets ("Firearms and Ammunition"):

    a.    One CS 9mm semi-automatic pistol, Model 75 P-01, bearing serial number D1073971;[1]

    b.    One Anderson Manufacturing ARM AM-15 rifle, bearing serial number 15200421;

    c.    One Ruger American 30-06 Springfield rifle, bearing serial number 690-31000;

    d.    One Remington Arms 12-guage 870 shotgun, with no visible serial numbers; and

---

[1] In the District of Nevada, the defendant was charged by indictment with a violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2) (Prohibited Person in Possession of a Firearm) for possession of this firearm. *See* DNV Indictment 22-CR-32. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the Government and the defendant agreed that the defendant would plead guilty in the Western District of New York for the criminal conduct arising in the District of Nevada (D. Nevada Indictment Number 22-CR-32).

   e. Two .556 caliber magazines, three 9mm magazines and approximately 1,120 rounds of various ammunition.

pursuant to the defendant's guilty plea on February 16, 2024 to Count 1 of the Superseding Indictment in case number 22-CR-86 and Count 1 of the District of Nevada Indictment 22-CR-32, Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c);

**WHEREAS,** for the 30 day period between June 6, 2024 and July 5, 2024, the government published notice of the forfeiture and the government's intent to dispose of the Firearms and Ammunition, on an official government website (www.forfeiture.gov), in accordance with the law and as specified in the Preliminary Order (Declaration of Publication, ECF No. 139);

**WHEREAS,** no third-parties filed a petition asserting a legal interest in the Firearms and Ammunition, and the time to do so under Title 21, United States Code, Section 853(n)(2) has expired,

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED, pursuant to the Preliminary Order, Federal Rule of Criminal Procedure 32.2(c)(2), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), all right, title, and interest in Firearms and Ammunition are hereby condemned, forfeited, and vested in the United States; it is further

ORDERED, ADJUDGED AND DECREED, that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Firearms and Ammunition in accordance with all applicable law and regulations; it is further

ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

ORDERED, ADJUDGED, AND DECREED, that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

SO ORDERED.

Dated: August 6, 2024
Buffalo, New York

_____
HON. LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

3